In the Matter of the Claim of GEORGE WOOD, Respondent, against SAM ROSENBAUM and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of FRANK LAMPE, Respondent, against J. C. DEISLER, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence that the arthritis was aggravated by the accident. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of SZCZEPAN KIEBZAK, Respondent, against AMERICAN RADIATOR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of JAKE MASLOW, Respondent, against UNIVERSAL ART METAL WORKS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to support the wage-rate found. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of SUZANNA MOREY, Respondent, against CASTLE BATHS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of CHARLES FRISCH, Respondent, against EAGLE WAREHOUSE AND STORAGE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the opportunity should be given to the carrier to procure the attendance of Dr. Cook for cross-examination. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of FRED O'DEA, Respondent, against A. H. RASOFT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.